LOWER HUDSON STEAMBOAT COMPANY, INC., Appellant, v. EDGAR L. MAINES, Respondent.— Judgment of the County Court of Westchester county reversed, with costs, and judgment of the Justice's Court affirmed, with costs, upon the ground that the finding by the justice of the peace, which his decision imports, that the goods had not been actually delivered to Bruno, was not against the weight of the evidence; and, further, that defendant was not Bruno's agent to receive the goods for him from the plaintiff's agent, the purser, but was, in effect, plaintiff's agent to deliver the goods to Bruno. Jenks, P. J., Mills, Rich and Jaycox, JJ., concurred; Blackmar, J., dissented.

THOMAS NELSON MCKEE, Appellant, v. STANDARD OIL COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Mills, Rich, Blackmar and Jaycox, JJ., concurred; Kelly, J., dissented upon the ground that the question of assumption of risk was for the jury.

C. WALTER RANDALL, Respondent, v. VILLAGE OF LONG BEACH, Appellant. — Judgment and order of the County Court of Nassau county reversed and new trial ordered, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the amount of the verdict to the sum of $312.50, the *pro rata* amount of the annual compensation agreed upon for three and one-half months, and to modify the judgment accordingly; in which case the judgment, as so modified, and the order are unanimously affirmed, without costs. We think that the institution by the plaintiff of the taxpayer's action against the village was an act inconsistent with the performance of his services as counsel to the village; therefore, his right to recover is limited to the period intervening the date of his employment and the date of his suit. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

C. WALTER RANDALL, Respondent, v. GEORGE B. WIX, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

LIZZIE THORN, Respondent, v. NATIONAL ANILINE AND CHEMICAL COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

WILLIAM TOMPKINS, as Administrator, etc., of MARTHA TOMPKINS, Deceased, Respondent, v. THE PATCHOGUE MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar and Kelly, JJ., concurred; Mills, J., voted to reverse and grant the motion.